**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

JAMES BROUGHTON;
CHERI MORRIS, as Members of
JC Enterprises of Minnesota, LLC;
JC Enterprises of Minnesota, LLC

Plaintiffs,

CV 01-1128 RHK/SRN

vs.

**ORDER OF DISMISSAL**

ON-LINE INVESTMENTS INC,;
PAUL HUTCHINS;
GARY MILLER;
PARTNERS TRADING UNDER THE
NAME OF WISE CONSULTING GROUP, LLC

Defendants.

---

Based on this Court's previous order and having received no response from counsel,

**IT IS ORDERED** that this case be dismissed for lack of prosecution.

Dated: December 11, 2001

**RICHARD H. KYLE**, Judge
United States District Court

FILED DEC 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________