UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

---

James Broughton and Cheri Morris, as Members of JC Enterprises of Minnesota, LLC, JC Enterprises of Minnesota, LLC,

Plaintiffs,

Civil No. 01-1128 (RHK/SRN)

vs.

**ORDER**

On-Line Investments, Inc., Paul Hutchins, Gary Miller, Partners Trading Under the Name of Wise Consulting Group, LLC,

Defendants.

---

It appears that Plaintiffs provided Magistrate Judge Nelson a timely response (attached) to her Order of November 5, 2001. The undersigned was unaware of the response and, on December 11, 2001, filed an Order of Dismissal for lack of prosecution.

Upon all the files, records and proceedings herein, **IT IS ORDERED** that the Order of Dismissal (Doc. No. 3) is **VACATED** and the matter is reinstated.

Dated: December 19, 2001

RICHARD H. KYLE
United States District Judge

DEC 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Joseph W. Dicker, P.A.**
***attorney at law***
Suite 208
1406 West Lake Street
Minneapolis, MN 55408
Phone: (612) 827-5941
Fax: (612) 827-4175
Email: joedickeratty@qwest.net

November 26, 2001

Honorable Susan Richard Nelson
United States Magistrate Judge
United States District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101

***Sent by Fax to 651-848-1202***

**RE: James Broughton, et al. vs. On-Line Investments, Inc., et al.**
**Civil No. 01-1128 RHK/SRN**

Dear Judge Nelson:

I write in response to the Court's Order dated November 5, 2001, and to advise the Court of the status of service on this matter. All of the Defendants had moved from the last addresses we had available to us. Consequently, our process servers were unable to effectuate timely service because the Defendants had to be located further. Once they were located, the process server apparently served an illegible and therefore defective copy of the Complaint. I have subsequently provided counsel with a clean, legible copy of the Complaint. On my view, the service was not properly effectuated until Defendants had a clean, legible copy of the Complaint. We are still within the period for answering timely. There are a variety of complex issues drawn by the Complaint. I anticipate that counsel for Defendants may request an extension of time in which to answer. I understand, however, that such extension may only be granted upon leave of court and I would expect to submit a Joint Stipulation and Application for an Extension of Time to Answer should it prove necessary. If you require any further information please let me know.

Very truly yours,

**Joseph W. Dicker, P.A.**

Joseph W. Dicker

JWD/jlt
Cc: Dominic Evangelista, Esq. (by fax)