**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

James Broughton and Cheri Morris, as Members of JC Enterprises of Minnesota, LLC and JC Enterprises of Minnesota, LLC,

Plaintiffs,

v.

On-Line Investments, Inc., and Paul Hutchins and Gary Miller, Partners Trading Under the Name of Wise Consulting Group, LLC,

Defendants.

Court File No. 01-CV-~~2238~~ 1128 (RHK/SRN)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD**

---

**STIPULATION**

The parties hereto, by and through their undersigned counsel of record, hereby stipulate to an extension of the time to answer or otherwise plead until April 15, 2002, and respectfully request the Court to issue an Order to that effect.

This Stipulation is made without prejudice to any party's expressly reserved right to object to the Court's jurisdiction over (any of) the Defendants.

**JOSEPH W. DICKER, P.A.**

By ______________________
Joseph W. Dicker (158264)
Suite 208
1406 West Lake Street
Minneapolis, MN 55408
(612) 827-5941

DATED: April 2, 2002

**ATTORNEYS FOR PLAINTIFFS**

APR 0 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**LINDQUIST & VENNUM P.L.L.P.**

By ______________________________
Daryle Uphoff (111831)
Marc A. Al (247923)
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211
(612) 371-3207 (facsimile)

DATED: April 1, 2002

**ATTORNEYS FOR DEFENDANTS GARY MILLER AND ON-LINE INVESTMENTS, INC.**

**ORDER**

**IT IS SO ORDERED.**

**BY THE COURT:**

By Susan Richard Nelson
Hon. Susan Richards Nelson
United States Magistrate Judge

No further extension will be granted.

Doc# 1535644\1