**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**James Broughton, Cheri Morris and JC Enterprises of Minnesota, LLC,**

**Plaintiffs,**

**v.**

**On-Line Investments, Inc., Paul Hutchins, and Gary Miller,**

**Defendants.**

**Civil No. 01-1128 (RHK/SRN)**

**ORDER**

TO: Plaintiffs above named and to Joseph W. Dicker, Esq., Dicker Law Office, 1406 Lake Street West, Suite 208, Minneapolis, MN; and Donald E. Grossfield, Esq., 165 North Water Street, Rochester, NY 14604, attorneys for Plaintiffs;

Defendant On-Line Investments, Inc. above named and to Daryle L. Uphoff, Esq., and Marc A. Al, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402; and David J. Libowsky, Esq. and Dominick F. Evangelista, Esq., Bressler, Amery & Ross, P.C., Box 1980, Morristown, NJ, attorneys for Defendant On-Line Investments, Inc.;

Defendant Gary Miller, above named and to Daryle L. Uphoff, Esq., and Marc A. Al, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, attorneys for Defendant Gary Miller; and

Defendant Paul Hutchins.

In light of the pending motion to compel all of the Plaintiffs' claims to arbitration and the separately pending motion to dismiss the Amended and Restated Complaint, the pretrial conference scheduled in this matter for June 3, 2002 at 2:15 p.m. is postponed.

Filed MAY 08 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Dated: May 8, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge