139752

RECEIVED
BY MAIL
JUN 03 2002
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1128 RHK/SRN Case Title: James Broughton, et al. vs Hold Brothers On-Line Investment Services, Inc.

**Affidavit of Movant**

I, Joseph W. Dicker, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Donald Grossfield, an attorney admitted to practice in the ________ District of New York, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant JC Enterprises in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] Signature | 158264 MN Attorney License # | 5/28/02 Date

**Affidavit of Proposed Admittee**

I, Donald Grossfield, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Donald Grossfield Type/Print Name | [signature] Signature | 5/24/02 Date

Attorney License Number: 254 1852 [NY Registration Number]

Law Firm Name & Address: Donald Grossfield
165 N. Water St.
Rochester, NY 14604

Telephone: (585) 423-0787

Motion Granted: [signature]
For the Court: ~~Francis E. Dosal,~~ Clerk AML

JUN 03 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUN 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________