UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

James Broughton and Cheri Morris, as Members of JC Enterprises of Minnesota, LLC, JC Enterprises of Minnesota, LLC,

Plaintiffs,

vs.

On-Line Investments, Inc., Paul Hutchins, Gary Miller, Partners Trading Under the Name of Wise Consulting Group, LLC,

Defendants.

Civil No. 01-1128 (RHK/SRN)

**SCHEDULING NOTICE**

---

Judge Kyle is having surgery on July 1st and will not return until July 15th; accordingly, the hearing on dispositive motions now scheduled for July 9th is **CANCELED**. Counsel will be notified of a new hearing date.

Dated: June 19, 2002

Deborah Siebrecht

Deb Siebrecht, Clerk
United States District Court

JUN 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK