UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

James Broughton and Cheri Morris, as Members of JC Enterprises of Minnesota, LLC, JC Enterprises of Minnesota, LLC,

Plaintiffs,

Civil No. 01-1128 (RHK/SRN)

vs.

**SCHEDULING NOTICE**

On-Line Investments, Inc., Paul Hutchins, Gary Miller, Partners Trading Under the Name of Wise Consulting Group, LLC,

Defendants.

---

The hearing on the pending dispositive motions will be held on Friday, July 19th at 8:00 a.m. in St. Paul, Minnesota.

Dated: July 1, 2002

Deb Siebrecht, Clerk
United States District Court

JUL 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK