UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

James Broughton and Cheri Morris, as Members of JC Enterprises of Minnesota, LLC, JC Enterprises of Minnesota, LLC,

Plaintiffs,

Civil No. 01-1128 (RHK/SRN)

vs.

**ORDER**

On-Line Investments, Inc., Paul Hutchins, Gary Miller, Partners Trading Under the Name of Wise Consulting Group, LLC,

Defendants.

---

The above matter is referred to Magistrate Judge Susan Richard Nelson for an expedited settlement conference at such time and under such conditions as Judge Nelson directs.

Dated: July 22, 2002

RICHARD H. KYLE
United States District Judge

FILED JUL 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK