(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1128 (RHK/SRN) Case Title: Broughton v. Hold Brothers

### Affidavit of Movant

I, Marc A. Al, ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Frank Cuccio, an attorney admitted to practice in the District of New Jersey ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Hold Brothers in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | 247923 | July 23, 2002 |
|---|---|---|
| Signature | MN Attorney License # | Date |

### Affidavit of Proposed Admittee

I, Frank Cuccio, am currently a member in good standing of the U.S. District Court for District of New Jersey, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Frank Cuccio | | July 29, 2002 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number: 77970

Law Firm Name & Address: Bressler, Amery & Ross, P.C.

P.O. Box 1980

Morristown, NJ 07962

Telephone: (973) 514-1200, ext. 2335

Motion Granted:
For the Court: Richard D. Sletten, Clerk

AUG 0 1 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED AUG 0 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____