UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES BROUGHTON,
CHERI MORRIS, as Members of
JC Enterprises of Minnesota LLC
et al,
Plaintiffs,

vs CV 01-1128 RHK/SRN

HOLD BROTHERS ON-LINE INVESTMENT
SERVICES INC., a Delaware Corporation,

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 9, 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD