**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

James Broughton and Cheri Morris, Individually and as Members of JC Enterprises of Minnesota, LLC; and JC Enterprises of Minnesota, LLC, a Minnesota Limited Liability Company,

Plaintiffs,

v.

Hold Brothers On-Line Investment Services Inc., a Delaware Corporation,

Defendant.

Court File No. 01-CV-1128 (RHK/SRN)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**STIPULATION**

The parties, through their undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice, and respectfully request approval and entry of the Order set forth below. This Stipulation is made without prejudice to any party's expressly reserved right to object to the Court's jurisdiction over (any of) the Defendants.

DATED: November 7, 2002

**JOSEPH W. DICKER, P.A.**

By [signature]
Joseph W. Dicker (158264)
Suite 208
1406 West Lake Street
Minneapolis, MN 55408
(612) 827-5941
(612) 827-4175 (facsimile)

Doc# 1690516\1

FILED NOV 0 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 0 8 2002
DEPUTY CLERK

Donald E. Grossfield
165 N. Water Street
Rochester, NY 14604
(716) 423-0787
(716) 423-0109 (facsimile)

**ATTORNEYS FOR PLAINTIFFS**

**LINDQUIST & VENNUM** P.L.L.P.

By ______________________
Marc A. Al (247923)
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211
(612) 371-3207 (facsimile)

DATED: November 8, 2002

**BRESSLER, AMERY & ROSS, P.C.**
David J. Libowsky, Esq. (admitted pro hac vice)
Dominick F. Evangelista, Esq. (admitted pro hac vice)
Frank Cuccio, Esq. (admitted pro hac vice)
325 Columbia Turnpike
Florham Park, NJ 07932
P.O. Box 1980
Morristown, New Jersey 07962
(973) 514-1200

**ATTORNEYS FOR DEFENDANT**
**HOLD BROTHERS ON-LINE INVESTMENT SERVICES LLC,**
**SUED AS**
**HOLD BROTHERS ON-LINE INVESTMENT SERVICES INC.**

## ORDER

Based upon the above stipulation of the parties, and the Court having been advised that this matter has been settled, **IT IS HEREBY ORDERED** that:

1. This Court's Order dated October 9, 2002, is hereby **VACATED**;
2. This Court's Order dated August 12, 2002, granting in part and denying in part Defendant's Motion to Compel Arbitration is hereby **VACATED**; and
3. This matter is **DISMISSED WITH PREJUDICE** and without costs or fees to any party. Judgment of dismissal shall be entered forthwith.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: November 8, 2002

By ______________________
Hon. Richard H. Kyle
United States District Judge