# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Broughton and Cheri Morris, as Members of JC Enterprises of Minnesota and JC Enterprises of Minnesota

Case No. Civil -01-1128 RHK/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Hold Brothers On-Line Investment Services, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court's order of 10/9/02 is Vacated and the Court's Order dated 8/12/02 granting in part and denying in part Defendant's Motion to Compel Arbitration is here Vacated, and this matter is Dismissed with prejudice and without costs or fees to any party.

DATE: November 8, 2002

RICHARD D. SLETTEN, CLERK

G. Schneider

Gloria J. Schneider, Deputy Clerk

41